# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAMS EXTRACT,<br><br>  Defendant. | Case No. 2:15-cv-01169-JRG-RSP<br><br>**LEAD CASE** |
| SYMBOLOGY INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant. | Case No: 2:15-cv-1182-JRG-RSP<br><br>CONSOLIDATED CASE |

## ORDER

Before the Court is the stipulated motion to dismiss filed by Plaintiff Symbology Innovations, LLC and Defendant State Farm Mutual Automobile Insurance Company.  The Court hereby GRANTS the motion and ORDERS dismissal of Defendant State Farm Mutual Automobile Insurance Company WITH PREJUDICE, wherein each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this 12th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

24654266.v3